AO 442 (Rev 5/85)    Warrant for Arrest

# United States District Court

DISTRICT OF _____ COLORADO _____

**UNITED STATES OF AMERICA**

**V.**

**JOSEPHINE SUNSHINE OVERAKER**

# WARRANT FOR ARREST

**CASE NUMBER:**

**06-CR-00191** REB

TO:   The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest JOSEPHINE SUNSHINE OVERAKER
and bring her

forthwith to the nearest magistrate to answer a(n)

X Indictment   ☐ Information   ☐ Complaint   ☐ Order of Court   ☐ Violation Notice   ☐ Probation Violation Petition

charging her with (brief description of offense)

Arson; Aiding and Abetting

in violation of Title 18 U.S.C. §§ 844(i) and 2

GREGORY C. LANGHAM
Clerk, U.S. District Court

_____
Name of Issuing Officer

_____
Signature of Issuing Officer

_____
(By) Deputy Clerk

Bail fixed at $_____

Title of Issuing Officer

5/18/06

Date and Location

by _____
Name of Judicial Officer

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ | | |
| _____ | | |
| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST | | |